```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                              :
ALBERT CHANG,                 :
                              :
          Petitioner,         :    Civ. No. 19-12655 (NLH)
                              :
     v.                       :    MEMORANDUM OPINION & ORDER
                              :
                              :
WARDEN FCI FORT DIX,          :
                              :
          Respondent.         :
_____:
```

APPEARANCE:

Albert Chang
70463-050
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro se

Rachael Honig, Acting United States Attorney
Elizabeth Pascal, Assistant United States Attorney
Office of the U.S. Attorney
401 Market Street
PO Box 2098
Trenton, NJ 08101

    Counsel for Respondent

HILLMAN, District Judge

    WHEREAS, Petitioner Albert Chang filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 alleging that the Bureau of Prisons' ("BOP") failure to release him to home confinement violated the First Step Act, see ECF No. 1; and

WHEREAS, the United States reported that Petitioner was released on home confinement, ECF No. 9; and

WHEREAS, Petitioner only challenged the BOP's decision not to release him to home confinement; and

WHEREAS, Petitioner's challenge is now moot as he has obtained the relief he requested from this Court,

THEREFORE, IT IS on this ___30th___ day of March, 2021

ORDERED that the petition is dismissed as moot; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail and mark this case closed.

At Camden, New Jersey                 _s/ Noel L. Hillman_
                                     NOEL L. HILLMAN, U.S.D.J.